**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN THE MATTER OF | IN PROCEEDINGS UNDER CHAPTER 7 |
| MARY R. GRANAT, | NO. 10-08407 |
| DEBTOR | JUDGE: Schmetterer, |

**NOTICE OF MOTION**

**Notified via Electronic Filing**
U.S. Trustee, 219 S Dearborn St, Room 873, Chicago, IL 60604
Joseph A. Baldi, Tr., Joseph Baldi & Associates, 19 S. Lasalle St., Suite 1500, Chicago, IL 60603
Sherry L. Howard, 30 East 34th St., Steger, IL, IL 60475
**Notified via US Postal Service**
Mary R. Granat, 247 West 16th Place, Chicago Heights, IL 60411

     Please take notice that on the 15th day of March, 2010 at the hour of 10:00 a.m. or as soon thereafter as I may be heard, I shall appear before the Honorable Judge Jack Schmetterer,, Courtroom 682 at the United States Bankruptcy Court, 219 S Dearborn, Chicago, IL 60604 or before any other Bankruptcy Judge who may be presiding in his/her place and stead and shall then and there present the accompanying motion. At that time and place you may attend if you so choose.

**AFFIDAVIT OF SERVICE**

     The undersigned, an attorney, hereby certifies that I have served a copy of this Notice along with the attached motion upon the parties listed above, by causing same to be mailed in a properly addressed envelope, postage prepaid, from 4201 Lake Cook Rd, Northbrook, IL 60062-1060, before the hour of 5:00 PM on March 8, 2010, unless a copy was provided electronically by the Clerk of the Court.

     Respectfully Submitted,

     /s/ Todd J. Ruchman
     Todd J. Ruchman

Richard B. Aronow ARDC# 03123969
Christopher A. Cieniawa ARDC# 06187452
Michael J. Kalkowski ARDC# 06185654
Josephine J. Miceli ARDC# 06243494
Todd J. Ruchman ARDC# 06271827
Fisher and Shapiro, LLC
4201 Lake Cook Rd
Northbrook, IL 60062-1060
(847)291-1717
Attorneys for Movant
10-036012

**THIS IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE**

**IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| IN THE MATTER OF | IN PROCEEDINGS UNDER CHAPTER 7 |
|---|---|
| MARY R. GRANAT, | NO. 10-08407 |
| DEBTOR | JUDGE: Schmetterer, |

MOTION FOR RELIEF FROM THE AUTOMATIC STAY

NOW COMES the Movant, BAC Home Loans Servicing, LP FKA Countrywide Home Loans Servicing LP, by and through its attorneys, Fisher and Shapiro, LLC, and moves this Court for the entry of an order modifying the automatic stay, pursuant to 11 USC § 362(d) and in support thereof states as follows:

1. That the Debtor filed a Petition for relief under Chapter 7 of the U.S. Bankruptcy Code on February 27, 2010.

2. That the Movant is a Creditor of the Debtor, pursuant to a note secured by a mortgage on the real property commonly known as: 247 W. 16th Place, Chicago Heights, IL 60411.

3. That the Debtor is in default under the terms of said note and mortgage for failure to make the installment payment due January 1, 2010, in the amount of $900.43 and each month thereafter. That default does not include attorneys' fees, costs of collection and other advances and it does not constitute reinstatement.

4. That the indebtedness due Movant as of March 8, 2010, is in excess of $91,000.00. Said indebtedness is currently due Movant after applying all offsets and credits due Debtor.

5. That the Debtor's schedules suggest that the fair market value of said property is approximately $90,000.00.

6.     That the Movant adopts the facts set forth in the Statement of Default as additional allegations in support of this motion.

7.     That the Movant lacks adequate protection in that there is little or no equity in the premises and that the Debtor is not making payments to the Movant as provided by the mortgage and note.

8.     That the subject property is not necessary for an effective reorganization and the Movant is entitled to relief pursuant to 11 USC § 362(d).

9.     That the Movant wishes to be reimbursed for the costs and attorneys' fees of filing this motion.

10.    That, for the reasons set forth above, it would be inequitable to delay the enforcement of any order modifying the automatic stay with respect to the Movant.

WHEREFORE, BAC Home Loans Servicing, LP FKA Countrywide Home Loans Servicing LP prays that this Court enter an order modifying the automatic stay to allow said creditor to foreclose the mortgage on the property known as:247 W. 16th Place, Chicago Heights, IL 60411; and that Federal Bankruptcy Rule 4001(a)(3) be waived.

IN ADDITION, Movant further seeks relief in order to, at its option, offer, provide and enter into any potential forbearance agreement, loan modification, refinance agreement or other loan workout/loss mitigation agreement.  The Movant may contact the Debtor via telephone or written correspondence to offer such an agreement.

Any such agreement shall be non-recourse unless included in a reaffirmation

agreement.


                    Respectfully submitted,

                      /s/ Todd J. Ruchman
                    Attorney for BAC Home Loans Servicing, LP FKA
                    Countrywide Home Loans Servicing LP


Richard B. Aronow ARDC# 03123969
Christopher A. Cieniawa ARDC# 06187452
Michael J. Kalkowski ARDC# 06185654
Josephine J. Miceli ARDC# 06243494
Todd J. Ruchman ARDC# 06271827
Fisher and Shapiro, LLC
4201 Lake Cook Rd
Northbrook, IL 60062-1060
(847)291-1717
Attorneys for Movant
10-036012


THIS IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED
WILL BE USED FOR THAT PURPOSE