### IN THE UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF | IN PROCEEDINGS UNDER CHAPTER 7 |
| MARY R. GRANAT, | NO. 10-08407 |
| DEBTOR | JUDGE: Schmetterer, |

### ORDER MODIFYING THE AUTOMATIC STAY

THIS CAUSE coming to be heard on the motion of BAC Home Loans Servicing, LP FKA Countrywide Home Loans Servicing LP, by and through its attorneys, Fisher and Shapiro, LLC, the Court having jurisdiction, being advised in the premises and due notice having been given;

IT IS HEREBY ORDERED:

1. That the automatic stay heretofore entered is modified to the extent necessary to allow BAC Home Loans Servicing, LP FKA Countrywide Home Loans Servicing LP to foreclose the mortgage on the real property commonly known as: 247 W. 16th Place, Chicago Heights, IL 60411.

2. BAC Home Loans Servicing, LP FKA Countrywide Home Loans Servicing LP and/or its successors and assigns may, at its option, offer, provide and enter into a potential forbearance agreement, loan modification, refinance agreement or other loan workout/loss mitigation agreement. BAC Home Loans Servicing, LP FKA Countrywide Home Loans Servicing LP may contact the Debtor via telephone or written correspondence to offer such an agreement. Any such agreement shall be non-recourse unless included in a reaffirmation agreement.

10-08407:12.1:Motion for Relief Stay:Proposed Order Entered: 3/8/2010 11:03:48 AM by:Todd J Ruchman Page 2 of 2

3. That Federal Bankruptcy Rule 4001(a)(3) is not applicable to this order.

Dated: 4/20/10

Enter: _____
Bankruptcy Judge

APR 20 2010

Richard B. Aronow ARDC# 03123969
Christopher A. Cieniawa ARDC# 06187452
Michael J. Kalkowski ARDC# 06185654
Josephine J. Miceli ARDC# 06243494
Todd J. Ruchman ARDC# 06271827
Fisher and Shapiro, LLC
4201 Lake Cook Rd
Northbrook, IL 60062-1060
(847)291-1717
Attorneys for Movant
10-036012